Same case below, 394 U.S. App. D.C. 134, 631 F.3d 1291.

**No. 10-10482. Jerry Lynn Davis, Petitioner v. Catherine Cortez Masto, Attorney General of Nevada, et al.**

565 U.S. 838, 132 S. Ct. 146, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6302.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 418 Fed. Appx. 619.

**No. 10-10486. Clifford Pearson, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.**

565 U.S. 838, 132 S. Ct. 146, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6119.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-10488. Cherie Phillips, Petitioner v. Sanderson Beck, et al.**

565 U.S. 838, 132 S. Ct. 146, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6072.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 410 Fed. Appx. 52.

**No. 10-10491. Jack Liebman, Petitioner v. Florida Department of Corrections.**

565 U.S. 838, 132 S. Ct. 146, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6018.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 411 Fed. Appx. 261.

**No. 10-10492. Terrell Deshon Lemons, Petitioner v. Joe McGrath, Warden.**

565 U.S. 838, 132 S. Ct. 147, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6185.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10494. Donald G. Jones, Petitioner v. Travelers, et al.**

565 U.S. 838, 132 S. Ct. 147, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6474,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10495. Jeffrey E. Brown, Petitioner v. Columbus Board of Education, et al.**

565 U.S. 838, 132 S. Ct. 147, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6308.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.